SO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LECG CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MANUEL ABDALA, et al. | : | NO. 11-3247 |

JUDGMENT

AND NOW, this 12th day of June, 2012, upon consideration of our Order this day granting plaintiffs LECG Corporation, LECG, LLC, and LECG Corporation Deferred Compensation Plan Committee's (collectively, "plaintiffs") motion for default judgment against defendant Edward F. Sherry, JUDGMENT IS ENTERED in favor of the plaintiffs and against defendant Edward F. Sherry.

BY THE COURT:

_____
Stewart Dalzell, J.

FILED
JUN 12 2012
MICHAEL E. KUNZ, Clerk
By LECG Dep. Clerk

ENTERED
JUN 12 2012
CLERK OF COURT