IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LECG CORPORATION, et al.        :        CIVIL ACTION
                                :
        v.                      :
                                :
MANUEL ABDALA, et al.           :        NO. 11-3247

ORDER

AND NOW, this 21st day of March, 2013, upon consideration of plaintiffs LECG Corporation, LECG, LLC, and LECG Corporation Deferred Compensation Plan Committee's (collectively, "LECG") motion for approval of return of the remaining assets of the trust for the LECG Corporation deferred compensation plans to LECG Corporation (docket entry # 127), and the Court finding that LECG represents to us that it has "settled all claims of all Participants concerning the Plans, there are no possible claims by any Participants or Beneficiaries for Plan benefits", Mot. ¶ 24, and that trustee "Wilmington Trust, National Association does not oppose this motion", id. ¶ 29, thus this motion is unopposed, it is hereby ORDERED that:

1.   LECG's motion (docket entry # 127) is GRANTED AS UNOPPOSED;

2.   Wilmington Trust, National Association shall TERMINATE the grantor trust established in connection with the LECG Corporation Deferred Compensation Plans, the terms of which

are set forth in a Master Trust Agreement, as amended, between Wilmington Trust Company, as the original trustee,[1] and LECG Corporation, as grantor (the "Trust"); and

      3.  Wilmington Trust, National Association shall RETURN the remaining assets of the Trust to LECG Corporation in the manner instructed by LECG Corporation pursuant to Section 9.2 of the LECG Corporation Deferred Compensation Plans Master Trust Agreement.

                      BY THE COURT:

                      <u>/s/ Stewart Dalzell, J.</u>

---

[1] LECG represents that "Wilmington Trust Company was the original trustee of the Trust and was named as a nominal defendant in this action. Wilmington Trust Company's rights and obligations under the Master Trust Agreement relating to the Trust were assigned to Wilmington Trust, National Association in April 2012, and Wilmington Trust, National Association currently serves as the Trustee of the Trust." <u>Id.</u> ¶ 6.